# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

In re:

**Gordon Sampson Moore and Wanda Marshall Moore**
S.S. Nos.: xxx-xx-9874 and xxx-xx-9972
Mailing Address: 604 Snowcrest Trail, Durham, NC 27707-

Case No. 11-80199

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on February 2, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: February 17, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt

John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 1/12/11
**Lastname-SS#:** Moore-9874

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| Sprint Wireless | | |
| ZX Fitness | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| Sprint Wireless | | | ** |
| ZX Fitness | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| BB&T - 910 | | $33,749 | 5.00 | $318 | $683.55 | 2010 Buick LaCrosse |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= $246 | $14,760 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$985** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **3.02** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE  (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Brett Grace
908 Kyle Chase Court
Spring, TX 77373

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Capital Management Services Inc.
726 Exchange Street
Suite 700
Buffalo, NY 14210

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

American Express**
Post Office Box 981535
El Paso, TX 79998-1535

Capital One Bank**
Attn: Bankruptcy Department
Post Office Box 85167
Richmond, VA 23285-5167

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

American Web Loan
522 N 14th Street Box 130
Ponca City, OK 74601

Cash Transfer Centers
Northway Broker Ltd, Level 8 Ste 3
Bizazza St
Sliema, Malta

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Applied Card Bank
P.O. Box 17124
Wilmington, DE 19850-7124

Child Support Enforcement
Post Office Box 20800
Raleigh, NC 27619-0800

Experian
P.O. Box 2002
Allen, TX 75013-2002

Bank of America
Post Office Box 15026
Wilmington, DE 19850-5026

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Bank of America
Recovery Department
Post Office Box 2278
Norfolk, VA 23501-2278

Credit One Bank, N.A.**
PO Box 98873
Las Vegas, NV 89193-8873

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Barclays Bank
Post Office Box 8801
Wilmington, DE 19899-8801

Cross Country Bank
Legal Department
Post Office Box 15809
Wilmington, DE 19801

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

BB &T
Attn: Managing Agent
Attn.: Mr. Jack R. Hayes
P. O. Box 1847
Wilson, NC 27894

Discover Card Services
Post Office Box 8003
Hilliard, OH 43026-8003

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Nationwide
650 Namans Road, Sutie 300A
Langhorne, PA 19047

Durham Regional Hospital
Post Office Box 70841
Charlotte, NC 28272-0841

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

First Premier Bank
900 West Delaware
Post Office Box 5524
Sioux Falls, SD 57117-5524

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

HSBC
Post Office Box 5244
Carol Stream, IL 60197-5244

Smith Debnam Narron Drake Saintsing
& Myers, L.L.P
P.O. Box 26268
Raleigh, NC 27611

HSBC Bank Nevada, N.A.
Post Office Box 5244
Carol Stream, IL 60197-5244

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

HSBC Card Services
Post Office Box 80084
Salinas, CA 93912-0084

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Midland Funding, LLC**
8875 Aero Drive
Suite 200
San Diego, CA 92123